**Order entered January 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01391-CV

### COTINA MCGEE, Appellant

### V.

### NANCY M. HASSELL, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05457-B**

## ORDER

The reporter's record in this case has not been filed. By order dated July 2, 2013, the Court advised appellant that the Court would submit this appeal without a reporter's record upon receiving verification that appellant is not indigent and has not paid for the reporter's record. By letter dated July 5, 2013, Lanetta Williams, Court Reporter of Dallas County Court at Law No. 2, advised the Court that she had not received a request for the reporter's record from appellant and that appellant had not filed a pauper's affidavit. Accordingly, the Court **ORDERS** this case submitted without the reporter's record. Within **THIRTY (30) DAYS** of the date of this order, appellant shall file her brief. *We notify appellant that failure to file a brief in this case will result in dismissal for want of prosecution. See* Tex. R. App. P. 38.8(a)(1).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE